U.S. District Court
for the District of Columbia

Billy G. Asemani,
       Plaintiff,

                                No. 06-0860

v.

Ali Fallahian-Khuzestani, et al.,
       Defendants.

## NOTICE OF APPEAL

A Final Order was entered (with respect to the above-cited case) on May 09, 2006. Plaintiff, Billy G. Asemani, intends to appeal said decision.

Respectfully,

Asemani
5/12/06