# United States Court of Appeals
### For The District of Columbia Circuit

| | |
|---|---|
| **No. 06-7086** | **September Term, 2006** |
| | 06cv00860 |
| | Filed On: May 24, 2007 [1042577] |

FILED
AUG 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Billy G. Asemani,
    Appellant

v.

Ali Fallahian-Khuzestani, Head of the Government of the Islamic Republic of Iran's Revolutionary Guard Corps and Hojjatol-Islam Nayerri, Chief Judge of the Islamic Revolutionary Court,
    Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 8/22/07
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:** Randolph, Garland, and Griffith, Circuit Judges

## ORDER

Upon consideration of the order to show cause filed February 5, 2007, the response thereto, and the supplement, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the district court's order filed May 9, 2006, be affirmed. The complaint appellant filed in district court in the instant case pursuant to the Antiterrorism Act of 1991 ("ATA") stems from the same circumstances at issue in the complaint he filed in 01cv02231, <u>Asemani v. Islamic Republic of Iran</u>. Accordingly, appellant should have included his ATA claims in that earlier complaint, and he was, therefore, precluded from presenting them in the instant case. See <u>Allen v. McCurry</u>, 449 U.S. 90, 94 (1980); <u>Apotex v. Food and Drug Administration</u>, 393 F.3d 210, 217 (D.C. Cir. 2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>Per</u> <u>Curiam</u>

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk